ACCEPTED
05-13-01684-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
2/6/2015 2:29:33 PM
LISA MATZ
CLERK

# Fidelity National Law Group
## Prestonwood Tower
5151 Belt Line Road, Suite 410
Dallas, Texas 75254

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

2/6/2015 2:29:33 PM

LISA MATZ
Clerk

**Christopher S. Conry, Esq.**
**Vice President Trial Counsel In-House Litigation**
Telephone: (972)281-0422
Fax: (972) 812-9408
Christopher.Conry@fnf.com

**February 6, 2015**

Fifth Court of Appeals
George L. Allen, Sr. Courts Bldg.
600 Commerce Street, Suite 200
Dallas, Texas 75202-4658

> **RE:** *Civil Action No.05-13-01684-CV*; **Glynnwood Bowman, individually and John Angell, as Receiver v. The Bank of New York Mellon Trust Company, N.A. f/k/a The Bank of New York Trust Company, N.A. as Successor to JP Morgan Chase Bank, N.A. as Trustee for Ramp 2006RS4; In the Fifth Court of Appeals**
> Our File No. L56240

Dear Clerk of the Appeals Court:

Please be advised that Christopher S. Conry will be making Oral Arguments on behalf of Appellee, The Bank of New York Mellon Trust Company, N.A. f/k/a The Bank of New York Trust Company, N.A. as Successor to JP Morgan Chase Bank, N.A. as Trustee for Ramp 2006RS4, at March 17, 2015 hearing date.

Should you have any questions, comments or concerns, please contact my office.

Sincerely,

*/s/ Christopher S. Conry*

Christopher S. Conry

CSC/llr